UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

September 18, 2006
# C-173

No. 03-4747

USA
v.
JOHN RICHARD OESCH, Appellant

(W.D. of PA, Criminal No. 02-cr-00037-E)

Present: BARRY, SMITH and NYGAARD, Circuit Judges

Motion by Appellant for Summary Affirmance Pursuant to LAR 27.4.

Carolyn Hicks, Case Manager
(267)299-4922

**ORDER**

**The foregoing** motion is granted.

By the Court,

/s/ Richard L. Nygaard
**Circuit Judge**

Dated: October 3, 2006
CMD/cc: Karen S. Gerlach, Esq.
Laura S. Irwin, Esq.

**Certified as a true copy and issued in lieu of a formal mandate on November 7, 2006.**

Teste: *[signature]*   A True Copy

United States Court of Appeals for the Third Circuit

Marcia M. Waldron, Clerk