OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS

| | | |
|---|---|---|
| Marcia M. Waldron<br>Clerk | FOR THE THIRD CIRCUIT<br>21400 United States Courthouse<br>601 Market Street<br>Philadelphia PA 19106-1790 | Telephone<br>267-299-4926 |

www.ca3.uscourts.gov

November 7, 2006

Mr. Robert V. Barth Jr., Clerk
United States District Court for the Western District of PA
17 South Park Row
Room B-160
Erie, PA  16501

RE: Docket No. 03-4747
    USA  vs. Oesch
     No. 02-cr-00037E

Dear Mr. Barth:

    Enclosed is a certified copy of the order in the above-entitled case. The certified order is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

    We release herewith the certified list in lieu of the record in the case.

    Counsel are advised of the issuance of the mandate by copy of this letter.  A copy of the certified order is also enclosed showing costs taxed, if any.

Very truly yours,
MARCIA M. WALDRON, Clerk

By:  Carolyn Hicks, Case Manager

Enclosure
cc:
    Karen S. Gerlach, Esq.
    Laura S. Irwin, Esq.